**JS-6**

| | |
|---|---|
| ISAMAR PAYAN, an individual and on behalf herself, Aggrieved Employees, and all others similarly situated,<br><br>        Plaintiff,<br><br>   v.<br><br>MAXIM HEALTHCARE SERVICES, INC., a Maryland corporation, MAXIM HEALTHCARE SERVICES HOLDINGS, INC., a Delaware corporation, ERICA MORALES, an individual, and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.  CV 24-05713-DMG-Ex<br><br>**ORDER RE STIPULATION TO ARBITRATE INDIVIDUAL PAGA CLAIM, DISMISS CLASS CLAIM, AND STAY REPRESENTATIVE PAGA CLAIMS PENDING ARBITRATION  [12]** |

1

ORDER RE: STIPULATION TO ARBITRATE INDIVIDUAL PAGA CLAIM, DISMISS CLASS CLAIM, AND STAY REPRESENTATIVE PAGA CLAIMS PENDING ARBITRATION

Based upon the Parties' Stipulation and good cause having been shown,

**IT IS HEREBY ORDERED THAT**:

1. Plaintiff is to submit her individual PAGA claim to final and binding arbitration in accordance with the Parties' arbitration agreement;

2. The Parties agree that this matter will be arbitrated before Hon. Michael Latin (Ret.) with Signature Resolution;

3. The Parties agree that should Hon. Michael Latin (Ret.) not agree to arbitrate this matter, the Parties will meet and confer regarding an alternative mutually agreeable arbitrator, however in the event an agreement cannot be made on an arbitrator, the Parties agree that Plaintiff may submit this claim to Signature Resolution for a slate of arbitrators from which the parties will select an arbitrator;

2. Plaintiff's class action claims shall be dismissed without prejudice;

3. Plaintiff's non-individual, representative PAGA claims shall remain STAYED and this action will be ADMINISTRATIVELY CLOSED pending the outcome of arbitration regarding Plaintiff's individual PAGA claim; and

4. The Parties will file a joint report updating this Court within 21 calendar days of the conclusion of the arbitration.

By agreeing to stay the representative PAGA claim (1) Defendants in no way waive, limit, or encumber their right, once the stay is lifted, to seek an order dismissing the representative PAGA claims or to enforce any applicable arbitration agreements pertaining to the representative PAGA claims; and (2) Plaintiff in no way waives, limits or encumbers her right to oppose any such request by Defendants.

DATED: September 19, 2024

_____
DOLLY M. GEE
Chief United States District Judge